(119 So. 922)

**I. N. HICKS and Wiley Hicks v. STATE.**
**(6 Div. 372.)**

Court of Appeals of Alabama.   Dec. 11, 1928.

RICE, J.   Affirmed.

(122 So. 923)

**Cleveland HILL v. STATE.   (4 Div. 492.)**

Court of Appeals of Alabama.   May 14, 1929.

RICE, J.   Affirmed.

(120 So. 925)

**E. B. HILL v. STATE.   (8 Div. 743.)**

Court of Appeals of Alabama.   Feb. 5, 1929.

SAMFORD, J.   Affirmed.

(121 So. 923)

**E. B. HILL v. STATE.   (8 Div. 742.)**

Court of Appeals of Alabama.   April 9, 1929.

BRICKEN, P. J.   From a judgment of conviction for the offense of violating the prohibition law this appeal was taken.

No point of decision is presented for our consideration.   The appeal is upon the record proper, which is regular in all things.   No error being apparent, the judgment of conviction, from which the appeal was taken, will stand affirmed.

(119 So. 922)

**Milton HINES v. STATE.   (4 Div. 411.)**

Court of Appeals of Alabama.   Jan. 8, 1929.

BRICKEN, P. J.   Appeal dismissed.

(128 So. 916)

**Eleza HINKLE v. STATE.**
**2 Div. 444.**

Court of Appeals of Alabama.
June 12, 1930.

PER CURIAM.
Appeal dismissed by appellant.

(122 So. 923)

**Orman HOCUTT v. STATE.   (6 Div. 604.)**

Court of Appeals of Alabama.   May 7, 1929.

RICE, J.   Affirmed.

(123 So. 925)

**R. O. HOGAN v. STATE.   (6 Div. 661.)**

Court of Appeals of Alabama.   Aug. 5, 1929.

PER CURIAM.   Appeal dismissed on motion of appellant.

(128 So. 916)

**Lizzie HOLAND v. STATE.**
**6 Div. 770.**

Court of Appeals of Alabama.
May 13, 1930.

SAMFORD, J.
Affirmed.

(124 So. 922)

**Ex parte Belle HOLDRIDGE.   (5 Div. 800.)**

Court of Appeals of Alabama.   Nov. 14, 1929.

PER CURIAM.   Writ awarded.